MADELINE SCALTRO, Respondent, v NEW YORK CITY TRANSIT AUTHORITY, Appellant, et al., Defendant. [852 NYS2d 844]—

The defendant New York City Transit Authority made a prima facie showing of entitlement to judgment as a matter of law (*see Trainer v City of New York*, 41 AD3d 202 [2007]). In opposition, the plaintiff failed to raise a triable issue of fact (*see Alvarez v Prospect Hosp.*, 68 NY2d 320 [1986]). Fisher, J.P., Miller, McCarthy and Chambers, JJ., concur.